**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KREATION JUICERY, INC., | Case No. CV14-658-DMG (ASx) |
| Plaintiff, | |
| vs. | **PRELIMINARY INJUNCTION** |
| EIMAN SHEKARCHI, et al., | |
| Defendants. | |

This matter came before the Court upon Plaintiff Kreation Juicery, Inc.'s Motion for Preliminary Injunction. [Doc. # 14.] On September 12, 2014, the Court held a hearing on the matter. By Order dated September 17, 2014, the Court granted Plaintiff's Motion for a Preliminary Injunction as to Defendants' use of the "Kreation" mark.

Accordingly, IT IS HEREBY ORDERED as follows:

Defendants Eiman Shekarchi and April Shekarchi, and their agents, employees, attorneys, and those persons in active concert or participation with any of them, are enjoined from using the trademark "Kreation" and any other mark likely to cause confusion with it, including "Creation," "Creation Grill," "Kreation Kafe," or any other mark that sounds similar to "Kreation."

Defendants must comply with this preliminary injunction within 21 days after they have been personally served with this injunction and after Plaintiff has posted a $7,500 bond.

**IT IS SO ORDERED.**

DATED:  September 17, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

**cc: Fiscal Services**