JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| KREATION JUICERY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>EIMAN SHEKARCHI et al.,<br><br>Defendants. | Case No.: CV 14-658-DMG (ASx)<br><br>**JUDGMENT AND PERMANENT INJUNCTION [43]** |

Plaintiff Kreation Juicery, Inc. (Kreation) and defendants Eiman Shekarchi and April Heidarian (erroneously named as April Shekarchi) have entered into a settlement agreement resolving their dispute in its entirety and have stipulated, with the approval of the Court, to the entry of the permanent injunction and an order of dismissal of this entire action with prejudice as set forth below.  It is therefore ORDERED, ADJUDGED, AND DECREED that:

1.    The Court has jurisdiction over the parties and the subject matter of this action.

2.    Kreation owns a valid and enforceable trademark for the term "kreation" in connection with restaurant and café services (the "Kreation Mark").

3.    Kreation owns valid and enforceable trade dress in its distinctive living wall as described in paragraphs 30 and 47 of its Complaint (the "Kreation Trade Dress").

4.    Defendants Eiman Shekarchi and April Heidarian  and their respective agents, servants, employees, heirs, assigns, and all other persons acting in concert with or in participation with them are hereby permanently restrained and enjoined from any and all of the following acts:

        a) Using the Kreation Mark or any confusingly similar name in connection with their current or future business activities;

        b) Using any living walls confusingly similar to the Kreation Trade Dress in connection with their current or future business activities;

        c) Registering, using, or trafficking in any domain name that is identical or confusingly similar to the Kreation Mark; and

        d) Assisting, aiding, or abetting any person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (c) above.

5.    This Stipulated Judgment and Permanent Injunction is final and may not be appealed by any party.

6.     The Court shall retain jurisdiction to enforce this Stipulated Judgment and Permanent Injunction and the parties' settlement agreement.

7.     Kreation's claims against Defendants are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

8.     The Final Pretrial Conference on January 20, 2015 and the Jury Trial on February 17, 2015 are hereby VACATED.

9.     The Clerk is ordered to return the bond in the amount of $7,500 to Kreation.


IT IS SO ORDERED.


DATED:  December 2, 2014

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

**cc: Fiscal Services**

3
JUDGMENT AND PERMANENT INJUNCTION